KATHERINE SCHAD et al., as Administrators of HENRY SCHAD, Deceased, Respondents, *v.* THE SECURITY MUTUAL LIFE ASSOCIATION of Binghamton, N. Y., Appellant.

*Schad* v. *Security Mut. L. Assn.*, 11 App. Div. 487, affirmed.
(Argued January 26, 1898; decided March 1, 1898.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the third judicial department, entered December 16, 1896, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial made on a case and exceptions.

*Frederick W. Jenkins* for appellant.

*Robert B. Richards* for respondents.

Judgment and order affirmed, with costs; no opinion. All concur.

---

PHEBE A. SMITH, Respondent, *v.* JOHN P. CRANFORD and DAVID H. VALENTINE, Appellants.

*Smith* v. *Cranford*, 84 Hun, 318, affirmed.
(Argued January 26, 1898; decided March 1, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the second judicial department, entered February 19, 1895, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*William J. Carr* and *Jesse Johnson* for appellants.

*Alfred A. Gardner* for respondent.

Judgment affirmed on opinion below, with costs. All concur.